828

No. 90–7865.  MOORE v. WINEBRENNER, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 90–7866.  HARRIS v. BURGESS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–7880.  MYLES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–7888.  JACKSON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 90–7894.  DYE v. LEE, ATTORNEY GENERAL OF NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 90–7896.  JACKSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 90–7898.  KING v. PENNSYLVANIA BOARD OF PROBATION AND PAROLE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–7903.  ASHFORD v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 90–7908.  ORTEGA v. TANSY, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 90–7913.  FULTON v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 90–7923.  BOYD v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–7929.  WEAVER v. PUNG, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS.  C. A. 8th Cir.  Certiorari denied.

No. 90–7930.  RAMIREZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–7950.  MURCHU, AKA MURPHY v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 90–7955.  DAVENPORT v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY, ET AL.  C. A. 7th Cir.  Certiorari denied.